DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEONARD D. HAGGINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1689

_____

October 15, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

PER CURIAM.

Affirmed.

LUCAS, C.J., and MORRIS and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.